No. 93–5029. MYRICKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5030. BROWN v. CHICOPEE FIRE FIGHTERS, LOCAL 1710, IAFF, ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–5031. PIERCE v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 93–5032. LOPEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–5033. OGLESBY v. MAKEL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 93–5034. MATTISON v. QUARLES. C. A. 6th Cir. Certiorari denied.

No. 93–5035. LANE v. KANSAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 93–5036. MERCHANT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5038. HOWARD v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–5039. HOLTZCLAW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5040. GREEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–5041. GIBBONS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5042. BIRDO v. SAWYER. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 93–5043. IREDIA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 93–5046. TAYLOR v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.